```
Leslie Arthur Byrd
D-30420, F1-05-138L
P.O. Box 799001
San Diego, CA 92179-9001
```

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

FILED
DEC 1 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  )
)
LESLIE ARTHUR BYRD  )  Case No. _____
Petitioner, Pro Se  )
)
)
)
On Habeas Corpus  )  LODGEMENT OF DOCUMENTS IN SUPPORT OF
)  PETITION FOR WRIT OF HABEAS CORPUS
)  (EXHIBITS)

SBA   (PR)

TO: THE HONORABLE JUDGES OF THE COURT:

Petitioner, Leslie Arthur Byrd, represented pro se, hereby lodges with this court **EXHIBITS**, consisting of Exhibits 1 through 18. These documents are necessary to support the Grounds and Claims which petitioner has raised in his Petition For Writ of Habeas Corpus, pursuant to the United States Rules of Evidence Code.

Respectfully Submitted,

Dated: 12/12/07

_____
Leslie Arthur Byrd
Petitioner, Pro Se

**DECLARATION OF RECORDS**

I  Leslie Arthur Byrd  , do hereby declare the following:

The attached document, titled **"EXHIBITS"** and consisting of Exhibits 1 through 18 are true and correct copies of the original documents. Where the documents were given to petitioner by another person, petitioner believes them to be true, accurate and correct copies.

I declare under penalty of perjury of both state and federal laws that the foregoing is true and correct, and that this declaration was executed on 12/12/07 at San Diego, CA.

Leslie Arthur Byrd
Petitioner, Pro Se

## TABLE OF EXHIBITS

|  | Pages(s) |
|---|---|
| EXHIBIT # 1:  2006 Life Prisoner Evaluation Report | 1-8 |
| EXHIBIT # 2:  2006 Subsequent Parole Consideration Hearing | 1-101 |
| EXHIBIT # 3:  2005 Life Prisoner Hearing Decision Face Sheet | 1 |
| EXHIBIT # 4:  2002 California Board of Prison Terms Decision | 1-7 |
| EXHIBIT # 5:  1196 California Board of Prison Terms Decision | 1-4 |
| EXHIBIT # 6:  1993 Life Prisoner Hearing Extraordinary Action and Decision | 1-2 |
| EXHIBIT # 7:  2006 Psychological Assessment | 1-6 |
| EXHIBIT # 8:  2001 Psychological Assessment | 1-7 |
| EXHIBIT # 9:  Category "T" Final Report | 1-5 |
| EXHIBIT #10:  Letters of Support | 1-8 |
| EXHIBIT #11:  Laudatory / Self-Help / Work Chronos | 1-14 |
| EXHIBIT #12   Matrix of Base Terms For Second Degree Murder | 1 |
| EXHIBIT #13:  Multiple Sclerosis Verification | 1-2 |
| EXHIBIT #14:  Board of Prison Terms Statistics | 1-6 |
| EXHIBIT #15:  Marin County Superior Court denial | 1 |
| EXHIBIT #16:  California Court of Appeal denial | 1 |
| EXHIBIT #17:  California Supreme Court Denial | 1 |
| EXHIBIT #18:  In re Criscione | 1-34 |

Leslie Arthur Byrd
D-30420, F1-05-138L
P.O. Box 799001
San Diego, CA 92179-9001

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: )
    LESLIE ARTHUR BYRD )   Case No. _____
    Petitioner, Pro Se )
)
)
)
On Habeas Corpus )   DOCUMENTS IN SUPPORT OF PETITION
)   FOR WRIT OF HABEAS CORPUS
)
)
)

**EXHIBITS**

**1 - 9**

EXHIBIT #1

2006 LIFE PRISONER EVALUATION REPORT

**LIFE PRISONER EVALUATION REPORT**
**SUBSEQUENT PAROLE CONSIDERATION HEARING # 4**
**JULY 2006 CALENDAR**

**BYRD, LESLIE**           **D-30420**

I. **COMMITMENT FACTORS:**

   A.   **LIFE CRIME:** CT. 1, PC 187 Murder 2nd Degree, Marin County Case Number 9635. Sentence: 15 years to Life. Victim: Cindy Engstrom. Age: 19. Date received by CDC 5/23/86. MEPD 1/5/95.

        **Summary of Crime:** On 6/18/85, at approximately 8:45 a.m., Marin County Sheriff's Department was contacted regarding the discovery of a nude female body. The detectives noted that the body had been placed at the location of discovery. The body showed signs of violence. Further investigation disclosed the identity of the victim to be Cindy Engstrom and the cause of death to be asphyxia. On the afternoon of 6/18/85, in the Nicasio Lake are, some articles of clothing belonging to the victim were located. Information collected during the investigation, identified Byrd as the primary suspect in the murder case. During the investigation, Byrd stated to detectives, "I am responsible for what happened. I deserve to be punished".

      2.  **Prisoner's Version:** Byrd states that he was experiencing a tremendous amount of stress from both his job as Vice President of West America Bank and the state of his declining health due to multiple sclerosis. He feared that if he should lose his job, he would be unable to secure new employment. He found himself unable to cope with these stressors and would drive around at night for hours in a disoriented state of mind. He began seeking out the company of prostitutes to escape from his problems. He had encounters with approximately 10-12 prostitutes before he met Cindy Engstrom, the victim of his Life crime. He invited her to his home while his wife and children attended a Girl Scout function out of town. He states the victim hesitated at first, until he reassured her that he was a respectable member of the community and gave her additional information about himself. While at his home he and the victim participated in acts of bondage, with the victim being bound at the hands and feet. They both were in the bathtub and during their activities he believes the victim became frightened when water went in her mouth and nose. He states she began to scream and he became concerned that his neighbors would hear her through his open windows. He states he then panicked and pushed her under the water to get her to stop. He then got up and closed the windows, returning to a lifeless body in the bath tub. He states he knows he is responsible for her death but at the same time he convinced himself that the victim must have overdosed on drugs. He realized he needed to get out of the situation. He then drove the victim's body to a remote location and left her on the side of the road. He later realized he still had her

Copy sent to Inmate 7/6/06

Exhibit #1 Page 1

clothes in the car and then threw her clothes out about a mile or so from where he left the body.

3. **Aggravating/Mitigating Circumstances:**

   a) **Aggravating Factors**: The victim was particularly vulnerable due to being in a state of bondage.

   b) **Mitigating Factors**: The prisoner had no previous history of criminal behavior.

II. **PRECONVICTION FACTORS:**

  A. **JUVENILE RECORD:** Inmate Byrd has no known prior convictions as a juvenile.

  B. **ADULT CONVICTIONS AND ARRESTS:** Inmate Byrd has no known prior convictions as an adult.

  C. **PERSONAL FACTORS:** Byrd is a 60 year old, white, first termer. Subject was born in the union of David and Eloise Byrd. Byrd states that he has a normal upbringing. Marital status: Subject has been married since 12-23-67, He has two daughters, ages 33 and 31. Education: Subject attended the University of Arizona and completed a two year course in Graduate Banking Degree through Pacific Coast Banking School in Seattle. Employment: Senior Vice-President at West America Bank in San Rafael. Military Experience: Subject states he never served in the Armed Forces. Medical History: Subject is full duty (no camp). He has asthma and suffers from Multiple Sclerosis. Substances Abuse: Subject states that he is a social drinker, and denies any narcotic use. Gang activity: Subject states that he has never been involved with any type of street gang or club.

III. **POSTCONVICTIONS FACTORS:** Documents from the previous hearing have been considered and that information remains valid. On 5/31/05 Inmate Byrd appeared before the Board of Prison Terms (BPT) for his Subsequent Parole Consideration Hearing #3. The BPT recommended that he remain Disciplinary Free, participate in Self-Help/Therapy Programs, earn positive chronos, and obtain an updated psychiatric evaluation report (requested by the inmate) and to develop a well defined job plan. He was denied parole for 1 year. During the period of time since his hearing, prisoner's behavior has remained the same in that he continues disciplinary free behavior and actively participates in work assignment as Program Office Clerk. He has participated in BPT's recommended Self-Help/Therapy Program. See attached pre-conviction progress report for details.

Exhibit #1 Page 2

IV. **FUTURE PAROLE PLANS:** Once paroled, Byrd would like to live with his wife Nancy Byrd, A school teacher who resides at 1865 West Chapalla Drive, Tucson, Arizona. Telephone number (520) 575-1106. However he recognizes that he may be required to parole back to his County of Commitment. He states that if that is the case he would be able to support himself whether employed or not. He states that he has reached the age wherein his pension is fully vested. His condition of Multiple Sclerosis entitles him to full disability benefits. His plans however, is to become involved in the Computer Software Industry. He has been offered employment opportunities from his brother in law, Mr. Barry Sullivan, the owner of a computer software company. Financial support has also been offered by his friend Joseph Caudle. Byrd's personal funds consist of a trust balance of approximately $500.00.

V. **SUMMARY:**

A. Prior to release, the prisoner could benefit from: Maintaining a disciplinary free record and continuing his participation in self-help and therapy programs.

B. This Board Report is based on a 1 hour interview with the inmate and a thorough review of his Central File.


**Prepared by,**                    **Reviewed by,**


_____             _____
**C. YORK, CC-I**                   **D. TAPIA, CC-II**

Exhibit #1 Page 3

| BOARD OF PRISON TERMS | STATE OF CALIFORNIA |

# LIFE PRISONER: POSTCONVICTION PROGRESS REPORT

☐ DOCUMENTATION HEARING

☒ PAROLE CONSIDERATION HEARING# 4

☐ PROGRESS HEARING

**INSTRUCTIONS:**
TO CDC STAFF: DOCUMENT EACH 12-MONTH PERIOD FROM THE DATE THE LIFE TERM STARTS TO PRESENT.
TO BPT STAFF: EACH 12-MONTH INCREMENT APPLY THE GUIDELINES UNDER WHICH THE PAROLE DATE WAS ORIGINALLY ESTABLISHED, i.e., 0-2 MONTHS FOR PBR AND 0-4 MONTHS FOR BPT. SEE BPT §§ 2290-2292, 2410 AND 2439.

| POST CONVICTION REPORT | | | REASON |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 1/22/02 to 1/21/03 | | | **PLACEMENT:** Remained housed at RJD-III under Med-A/R custody in the general population assigned to Facility IV Program Office as a Clerk. On 1/22/02 he appeared before the BPT for his Subsequent Parole Consideration Hearing #2. BPT denied parole 3-years and recommended: 1. Remain Disciplinary free 2. Participate in self-help and therapy groups. On 2/5/02 Inmate received a post-board review, Inmate stated that he understood the BPT's recommendation and would comply with them at a later date. Inmate was continued in his current assignment per his request. On 5/21/02 he received an Annual Review.<br><br>**CUSTODY:** MED-A/R.<br><br>**VOCATIONAL TRAINING:** None noted this time period.<br><br>**ACADEMICS:** None noted this time period.<br><br>**WORK RECORD:** Facility #4 Program Office Clerk. CDC 101's dated March, June and Sept. 2002 reflects Exceptional Performance in all areas.<br><br>**GROUPS ACTIVITES:** CDC 128-B dated 4/8/02, 7/9/02, and 10/22/02 reflects that Byrd served as an inside facilitator for The Hands of Peace/Friends Outside Creative Conflicts Resolution Workshops.<br><br>**PSYCHIATRIC TREATMENT:** None noted this time period.<br><br>**PRISON BEHAVIOR:** Disciplinary free this time period.<br><br>**OTHER:** None noted this time period. |

| CORRECTIONAL COUNSELOR SIGNATURE *C. York, CCI* | | DATE 4/20/06 | |
|---|---|---|---|
| NAME BYRD, LESLIE | CDC NUMBER D-30420 | INSTITUTION RJDCF | CALENDAR 7/2006 | HEARING DATE July 19, 2006 |

BPT 1004 (REV 11/02)

PAGE 1 OF 5

Exhibit #1 Page 4

BOARD OF PRISON TERMS                                                                STATE OF CALIFORNIA
# CONTINUATION SHEET: POSTCONVICTION PROGRESS REPORT

| POST CONVICTION REPORT | | | REASON |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 1/22/03 TO 1/21/04 | | | **PLACEMENT:** Remained housed at RJD-III under MED A/R custody in the general population continuing his assignment in Facility #4 as a Program Office Clerk. On 4/23/04 he appeared before UCC for his Annual Review. His Mandatory Minimum Score was established at 28 points level-III per CCR 3375.2 (Life Inmate). He was continued in his present program. **CUSTODY:** MED-A/R. **VOCATIONAL TRAINING:** None noted this time period. **ACADEMICS:** None noted this time period. **WORK RECORD:** Facility #4 Program Office Clerk. CDC 101's dated: Jan. March, June, And Sept. 2003 reflects Exceptional Performances ion all areas. **GROUP ACTIVITIES:** CDC 128-B's dated 2/9/03, 6/15/03 and 11/17/03, Inmate served as an inside facilitator for The Hands of Peace/Friends Outside Creative Conflict Resolution Workshops. **PSYCHIATRIC TREATMENT:** None noted this time period. **PRISON BEHAVIOR:** Disciplinary free this time period. **OTHER:** None noted this time period. |

**ORDER:**
☐ BPT date advanced by _____ months.        ☐ BPT date affirmed without change.
☐ PBR date advanced by _____ months.        ☐ PBR date affirmed without change.

**SPECIAL CONDITIONS OF PAROLE:**
☐ Previously imposed conditions affirmed.
☐ Add or modify _____

☐ Schedule for Progress Hearing on appropriate institutional calendar.

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| BYRD, LESLIE | D-30420 | RJDCF | 7/2006 | July 19, 2006 |

BPT 1004 (REV 11/02)                 PAGE 2 OF 5                          PERMANENT ADDENDI

Exhibit #1 Page 5

BOARD OF PRISON TERMS  
STATE OF CALIFORNIA

## CONTINUATION SHEET: POSTCONVICTION PROGRESS REPORT

| POST CONVICTION REPORT | | | |
|---|---|---|---|
| YEAR | BPT | PBR | REASON |
| 1/22/04 TO 1/21/05 | | | **PLACEMENT:** Remained housed at RJD-III under MED A/R custody in the general population continuing his assignment in Facility #4. On 2/18/04 he was re-assigned to Facility #1 Program Office as a Clerk.<br><br>**CUSTODY:** MED-A/R.<br><br>**VOCATIONAL TRAINING:** None noted this time period.<br><br>**ACADEMICS:** None noted this time period.<br><br>**WORK RECORD:** Facility #1 Program Office Clerk. CDC 101's dated: Jan. Feb. April, July 2004 reflects Exceptional Performances ion all areas.<br><br>**GROUP ACTIVITIES:** CDC 128-B's dated 6/1/04, completed the advance 22 hour, The Hands of Peace/Friends Outside Creative Conflict Resolution Workshop.<br><br>**PSYCHIATRIC TREATMENT:** None noted this time period.<br><br>**PRISON BEHAVIOR:** CDC 114-D dated 11/24/04, Inmate was sent to Ad/Seg for safety reason due to being a victim of a battery.<br><br>**OTHER:** CDC 128-B dated 2/5/04 Laudatory chrono authored by J.W. Dresbach, Facility IV Captain. |

**ORDER:**

☐ BPT date advanced by _____ months.  ☐ BPT date affirmed without change.

☐ PBR date advanced by _____ months.  ☐ PBR date affirmed without change.

**SPECIAL CONDITIONS OF PAROLE:**

☐ Previously imposed conditions affirmed.

☐ Add or modify _____

☐ Schedule for Progress Hearing on appropriate institutional calendar.

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| BYRD, LESLIE | D-30420 | RJDCF | 7/2006 | July 19, 2006 |

BPT 1004 (REV 11/02)   PAGE 3 OF 5   PERMANENT ADDENDUM

Exhibit #1 Page 6

BOARD OF PRISON TERMS                                                     STATE OF CALIFORNIA
## CONTINUATION SHEET: POSTCONVICTION PROGRESS REPORT

| POST CONVICTION REPORT | | | REASON |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 1/22/05 TO 1/21/06 | | | **PLACEMENT:** Remained housed at RJD-III under MED A/R custody in the general population.<br><br>**CUSTODY:** MED-A/R.<br><br>**VOCATIONAL TRAINING:** None noted this time period.<br><br>**ACADEMICS:** None noted this time period.<br><br>**WORK RECORD:** Facility #1 Program Office Clerk. CDC 101's dated: Jan., April, July, October 2005, and Jan., 2006 reflects Exceptional Performances in all areas.<br><br>**GROUP ACTIVITIES:** CDC 128-B's dated 1/31/05, 1/20/06, completed 88 hours of required training for The Hands of Peace/Friends Outside Creative Conflict Resolution Workshop as a facilitator.<br><br>**PSYCHIATRIC TREATMENT:** None noted this time period.<br><br>**PRISON BEHAVIOR:** Inmate Byrd has remained disciplinary free since his last board hearing..<br><br>**OTHER:** CDC 128-B dated 9/6/05 Laudatory chrono authored by J.W. Dresbach, Facility I Captain. |

**ORDER:**

☐ BPT date advanced by _____ months.      ☐ BPT date affirmed without change.

☐ PBR date advanced by _____ months.      ☐ PBR date affirmed without change.

**SPECIAL CONDITIONS OF PAROLE:**

☐ Previously imposed conditions affirmed.

☐ Add or modify _____

☐ Schedule for Progress Hearing on appropriate institutional calendar.

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| BYRD, LESLIE | D-30420 | RJDCF | 7/2006 | July 19, 2006 |

BPT 1004 (REV 11/02)                         PAGE 4 OF 5                         PERMANENT ADDENDUM

Exhibit #1 Page 7

BOARD OF PRISON TERMS    STATE OF CALIFORNIA
## CONTINUATION SHEET: POSTCONVICTION PROGRESS REPORT

| POST CONVICTION REPORT | | | REASON |
|---|---|---|---|
| YEAR | BPT | PBR | |
| 1/22/06 TO PRESENT (4/20/06) | | | **PLACEMENT:** Remained housed at RJD-III under MED A/R custody in the general population.<br><br>**CUSTODY:** MED-A/R.<br><br>**VOCATIONAL TRAINING:** None noted this review period.<br><br>**ACADEMICS:** None noted this review period.<br><br>**WORK RECORD:** None noted this review period.<br><br>**GROUP ACTIVITIES:** Participated in the Hands of Peace/Friends Outside Creative Conflict Resolution Workshop as a facilitator.<br><br>**PSYCHIATRIC TREATMENT:** None noted this review period.<br><br>**PRISON BEHAVIOR:** Inmate Byrd has remained disciplinary free this review period.<br><br>**OTHER:** Received two Laudatory chronos dated 1/27/06, authored by J.W. Dresbach, Facility I Captain, and 1/23/06, authored by Protestant Chaplain, Activity Group Sponsor.<br><br>Prepared By:                              Reviewed By:<br><br>_C. YORK, CC-I_                     _D. TAPIA, CC-II_ |

**ORDER:**
- ☐ BPT date advanced by _____ months.
- ☐ PBR date advanced by _____ months.
- ☐ BPT date affirmed without change.
- ☐ PBR date affirmed without change.

**SPECIAL CONDITIONS OF PAROLE:**
- ☐ Previously imposed conditions affirmed.
- ☐ Add or modify _____

☐ Schedule for Progress Hearing on appropriate institutional calendar.

| NAME | CDC NUMBER | INSTITUTION | CALENDAR | HEARING DATE |
|---|---|---|---|---|
| BYRD, LESLIE | D-30420 | RJDCF | 7/2006 | July 19, 2006 |

BPT 1004 (REV 11/02)         PAGE 5 OF 5         PERMANENT ADDENDUM

Exhibit #1 Page 8