**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612

———

www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>510.637.3530 |

April 1, 2008

U.S. District Court, Southern District of CA
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

RE: CV 07-06375 SBA  LESLIE A. BYRD-v-ROBERT J. HERNANDEZ

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

   ☒ Certified copy of docket entries.

   ☒ Certified copy of Transferral Order.

   ☒ Original case file documents.

   ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

      Sincerely,
      RICHARD W. WIEKING, Clerk


      by: _____/s/_____
        Jessie Mosley
      Case Systems Administrator

Enclosures
Copies to counsel of record