**UNITED STATES DISTRICT COURT**
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

**FILED**
APR 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
APR - 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

April 1, 2008

U.S. District Court, Southern District of CA
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

RE: CV 07-06375 SBA    LESLIE A. BYRD-v-ROBERT J. HERNANDEZ

Dear Clerk,

'08 CV 0651 JM AJB

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Jessie Mosley
Case Systems Administrator

Enclosures
Copies to counsel of record